IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

_Gregory Kennedy_ *AIS 197240* )
Full name and prison number )
of plaintiff(s) )
 )
 )
v. )    CIVIL ACTION NO. _2:05 CV1042-D_
 )    (To be supplied by Clerk of
_Lue Hill_ )    U.S. District Court)
 )
_Louise Boyd - Warden_ )
 )
_Sergant B. Davis_ )
 )
_Captain S. Nettles_ )
 )
_Warden Hope_ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (✓)  NO (   )

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES (✓)  NO (   )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit: _Lue Hill_

               Plaintiff(s) _Gregory Hill_

               Defendant(s) _Lue Hill_

          2.   Court (if federal court, name the district; if
               state court, name the county) _Montgomery_

3.  Docket number ___*Not HAND*___

4.  Name of judge to whom case was assigned _____
    ___*Not on HAND*___

5.  Disposition (for example:  Was the case dismissed?
    Was it appealed?  Is it still pending?) _____
    ___*Not on HAND*___

6.  Approximate date of filing lawsuit *Not on HAND*

7.  Approximate date of disposition *Not on HAND*

II.  PLACE OF PRESENT CONFINEMENT *Fountain Correctional Facility*
*Atmore, Ala 36503*

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED *Bullock*
*Correctional Facility*

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.
      NAME                                        ADDRESS

1.  *Captain S. Nettles Bullock Correctional Facility - Union, Spring, Ala 36089*

2.  *Sergeant Davis Bullock Correctional Facility - Union Spring Ala 36089*

3.  *C.O. 1 Hill - Transfered after incident*

4.  *Donal Campbell*

5.  *Bob Riley*

6.  _____

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED *9-17-05*

_____

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
    THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  *Beat me in the face with his radio & made*
*my face bleed  C.O 1 Hill*

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.   (State as best you can the time, place and manner and person involved.)

C.o. I Hill at Bullock, Correctional Facility Union Springs, Alm 36089 Beat me In my face with his radio till my face start bleeding. Inmate Gregory Lee is constantly being harassed by C.o. I Hill. C.o. I Hill stated that he would Hit Inmate Hill again if told warden Louise Boyd.

GROUND TWO: Sergent B. Davis Ignored Incident

SUPPORTING FACTS: Sergent B. Davis ignore incident when it was brought to his attention

GROUND THREE: _____

SUPPORTING FACTS: _____

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

_I would like for the courts fine in the order of Assault and_

_physical & emotional stress for the plaintiff and order the_

_Defendant to pay damages of $50,000 dollars Each_

_Gregory Lee_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on _10/27/05_                    .
             (Date)

_Gregory Lee_
Signature of plaintiff(s)

Notary: _James H. Lindsy Jr._
        _Elmore, Al._

4