# UNITED STATES DISTRICT COURT

RECEIVED

_____Middle_____ District of _____Alabama_____

Gregory Kenneth Lee
AIS # 184070
Plaintiff

v.

CO I Hill, et al
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 2:05cv1042-D

2005 NOV 17 A 9:31

I, Gregory K. Lee, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _Staton Correctional Facility_

   Are you employed at the institution? _N/A_  Do you receive any payment from the institution? _N/A_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _N/A_

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _N/A_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount.    N/A

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.    N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    N/A

I declare under penalty of perjury that the above information is true and correct.

_11/05/05_
Date

_Gregory K. Lee_
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
                      STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                  STATON CORRECTIONAL FACILITY


AIS #: 184070      NAME: LEE, GREGORY                    AS OF: 11/10/2005

                     # OF        AVG DAILY       MONTHLY
            MONTH    DAYS        BALANCE         DEPOSITS
   --------------------------------------------------------------------

            NOV       20          $0.00           $0.00
            DEC       31          $0.00           $0.00
            JAN       31          $0.00           $0.00
            FEB       28          $0.00           $0.00
            MAR       31          $0.00           $0.00
            APR       30          $0.00           $0.00
            MAY       31          $0.00           $0.00
            JUN       30          $0.00           $0.00
            JUL       31          $0.00           $0.00
            AUG       31          $0.00           $0.00
            SEP       30          $0.00           $0.00
            OCT       31          $0.07           $2.36
            NOV       10          $2.36           $0.00
```

Page 3 of Sworn Affidavit.

The C/O. of this ficility COS II S. NETTLES. THere aren't anyt'g done to pervent this type of physical abuse from to place on me. I beg this court to "Help" 2nd my Quest As I humbley submit the truth the best of my Knowledge.

MAY GOD Bless this HONORABLE COURT

Gregory Ley
Signature of Affiant

Sworn to and subscribed to before me this 27th day of April, 2005.

_L ance L. Anthony_
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

SEAL

commission expires _____